# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES JENS, et al., | Case No.: 1:20-cv-00357-AWI-JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 70) |
| ETHICON, INC., et al., | |
| Defendants. | |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 70 at 1) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 21, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **July 21, 2020**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28